UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| DR. JAMES TAYLOR | ) |
| MRS. DINAH TAYLOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 6:16-CV-109-GFVT |
| | ) |
| UNIVERSITY OF | ) |
| THE CUMBERLANDS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF PHILLIP BLOUNT**

On March 19, 2018, pursuant to Federal Rule of Civil Procedure 26 (a)(2) and the Scheduling Order entered in this case, Defendant University of the Cumberlands ("University") timely disclosed Phillip Blount as an expert. On April 4, 2018, Plaintiffs Dr. and Mrs. Taylor ("the Taylors") deposed Mr. Blount. On January 7, 2019, at the final Pre-Trial Conference in this case, the Taylors argued that they should be allowed to use excerpts from Mr. Blount's discovery deposition in their case-in-chief, but they failed to raise any objection to him as a properly disclosed expert. Now, at the eleventh hour, the Taylors have moved to exclude Mr. Blount's expert testimony, while asking the Court to allow them to play self-serving excerpts from his discovery deposition during their case-in-chief.

The Court has since sustained the University's objection to the Taylors' use of Mr. Blount's testimony in their case-in-chief. Memorandum Opinion and Order [DE 139] at 6. The only remaining issue is the Taylors' Motion to Exclude Mr. Blount as an expert witness. The Court should deny this motion.

The University initially retained Mr. Blount to review the newly created position of Chancellor and recommend a reasonable salary for the position. Mr. Blount analyzed data from similar positions at similar institutions and prepared a report opining as to reasonable compensation for the University's Chancellor position. Defendant's Exhibit 125 (the "initial report"). The Taylors hired Pete Smith to rebut Mr. Blount's initial report. Mr. Blount's second report, which the Taylors refer to as Mr. Blount's "Litigation Report," discussed his initial report and conclusions, in addition to rebutting the opinions of Pete Smith.

The Taylors are now incorrectly taking the position that Mr. Blount has no opinions to offer in this matter other than those rebutting Pete Smith. However, Mr. Blount's second report is completely and understandably based on his original report—while commissioned as a rebuttal to Pete Smith, it remains a separate and stand-alone expert opinion. There is an entire section in Mr. Blount's second report entitled "Phillip Blount & Associates Report Regarding Reasonable Compensation for Dr. Taylor as Chancellor for University of the Cumberlands." Mr. Blount's second report repeatedly refers to his first, and would make no sense were it not for the first. Mr. Blount's expert opinions are relevant and will aid the jury in their deliberations regarding these compensation issues.

As the Court has noted, counsel for the University has conditionally agreed to refrain from commenting on the fact that the Taylors have withdrawn Pete Smith as an expert witness. However, that does not vitiate the Defendant's proper disclosure of Mr. Blount as an expert or his ability to testify as to his relevant expert opinions in this case. The second report would not exist without the first, and this is a blatant attempt by the Taylors to try to direct the University's defense based on *the Taylors'* litigation strategy. It would be patently unfair to allow the Taylors' strategy decisions to restrict or direct the University's defense in any way.

---

For these reasons, the Court should deny Plaintiffs' untimely motion to exclude the expert testimony of Phillip Blount.

    Respectfully submitted,

    /s/ Barbara B. Edelman
    Barbara B. Edelman
    Mary Ross Terry
    August T. Johannsen
    DINSMORE & SHOHL LLP
    250 W. Main Street, Suite 1400
    Lexington, KY 40507
    (859) 425-1000
    (859) 425-1099 (fax)
    barbara.edelman@dinsmore.com
    maryross.terry@dinsmore.com
    august.johannsen@dinsmore.com

    and

    James D. Jordan
    GUENTHER, JORDAN & PRICE, P.C.
    2100 West End Avenue, Suite 1150
    Nashville, TN 37203
    (615) 329-2100
    (615) 329-2787 (fax)
    JDJordan@GJPLaw.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 10th day of January, 2019, using the Court's CM/ECF system, which will send notice of filing to the following:

D. Duane Cook
John M. Sosbe
Cook & Watkins, PLC
306 North Hamilton Street
Georgetown, KY 40324
*Counsel for Plaintiffs*

    /s/ Barbara B. Edelman
    *Counsel for Defendant*

14396760v3

3